David G. Jimenez (SBN 100949)
5101 E. La Palma Ave, Suite 100 D
Anaheim Hills, CA 92807
Telephone: (714) 242-1261
Facsimile: (562) 683-0407
Email: jimenezlawyers@gmail.com;
david@jimenezlawyers.com

Attorneys for Defendant
B P L, LLC, a California limited liability
company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>BBSC DEVELOPMENT, LLC, a California limited liability company; and DOES 1-10, inclusive<br><br>         Defendants. | Case No. 8:20-cv-00773-SVW (JDEx)<br><br>**STIPULATION TO EXTEND TIME FOR FILING RESPONSE TO SUMMONS AND COMPLAINT**<br><br>Complaint filed: April 20, 2020<br>Time:   N/A<br>Courtroom: |

Plaintiff JAMES RUTHERFORD ("Plaintiff"), and Defendant BBSC DEVELOPMENT, LLC ("Defendant" or "BBSC") jointly stipulate to allow the Defendant additional time to respond to the Summons and Complaint as follows:

The parties stipulate as follows:

1.      Plaintiff filed a Complaint on April 20, 2020 against the Defendant for alleged violation of the Americans with Disability Act.  Defendant is the owner and landlord of the subject real property.

2.      Plaintiff served the Defendant by substitute service on or about April 30, 2020.

3.    Defendant contacted Plaintiff's counsel and provided him with a copy of a recent CASp report regarding the allegations of the Complaint that there were no ADA violations on the subject property, and Defendant has asked that the case be dismissed.

4.    Plaintiff has agreed to consider that request and needs time to evaluate the report.

5.    Plaintiff has agreed to extend by thirty (30) days the date when the Defendant must respond to the Complaint. A response is now due on or before June 19, 2020.

IT IS SO STIPULATED.

Dated: 6/4/2020                          Jimenez Lawyers

                                         By:  ___/s/ David G. Jimenez___
                                              David G. Jimenez
                                              Attorneys for Defendant
                                              BBSC DEVELOPMENT, LLC

Dated: 6/4/2020                          MANNING LAW, APC

                                         By:  ___/s/ Joseph R. ManningJr.___
                                              Joseph R. Manning, Jr.
                                              Attorneys for Plaintiff
                                              JAMES RUTHERFORD

STIPULATION TO EXTEND TIME TO RESPOND TO SUMMONS AND COMPLAINT

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content, and have authorized the filing.

Dated:  June ____ 2020          By:_____

                                  Attorney for Defendant

1

2                          PROOF OF SERVICE

3     STATE OF CALIFORNIA, COUNTY OF ORANGE:

4     I am employed in the County of ORANGE, State of California.  I am over the age of eighteen and
      not a party to the within action.  My business address is *INSERT* .

5
      On June 4, 2020, I served the foregoing document described as:
6

7     **STIPULATION TO EXTEND TIME FOR FILING RESPONSE TO SUMMONS
      AND**

8     ("Document") on the interested parties in this action described below.  I placed a true copy of
9     the foregoing document(s) in a sealed envelope addressed as follows:

10    Craig G. Cote, Esq.
      MANNING LAW, APC
11    20062 SW Birch St., Ste 200
      Newport Beach, CA 92660
12

13    _____ **BY MAIL:**
             For each of the above documents:
14           _____XX____ I deposited the envelope in the U.S. mail at *Anaheim/Long Beach*,
      California.  The envelope was mailed with postage thereon fully prepaid.
15           _____ I am readily familiar with my firm's practice of collection and processing
      correspondence for mailing.  Under the practice, it would be deposited with the U.S. Postal
16    Service on that day with postage thereon fully prepaid at *Anaheim/ Long Beach*, California in
17    the ordinary course of business.  I am aware that on motion of the party served, service is
      presumed invalid if postal cancellation date or postage meter date is more than one day after
18    date of deposit for mailing in affidavit.

19    ✕ ✕  **EMAIL SERVICE:**
             The above-described DOCUMENT was sent via email on June 4, 2020 from
20    jimenezlawyers@gmail.com to attorney Craig Cote at craigc@manninglawoffice.com
21     And to DisabilityRights@manninglawoffice.com

22           I declare under penalty of perjury under the laws of the State of California that the above
      is true and correct.  Executed on June 4, 2020, at Anaheim, California.
23

24

25

26

27

28

                                          1