1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES RUTHERFORD, an individual,

Plaintiff,

v.

BBSC DEVELOPMENT, LLC, a California limited liability company; and DOES 1-10, inclusive,

Defendants.

Case No. 8:20-cv-00773-SVW-JDE

**ORDER DISMISSAL WITH PREJUDICE**

1
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action without Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and BBSC Development, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  December 3, 2020

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE